FORM B5
(10-05)

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| SOUTHERN District of TEXAS | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle) Douglas A. Brown | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|

LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.)

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) 4009 Overbrook Houston, TX 77027 | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| Harris County COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS    ZIP CODE | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[X] Chapter 7    [ ] Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
[ ] Debts are primarily consumer debts
[X] Debts are primarily business debts

TYPE OF DEBTOR
[X] Individual        [ ] Stockbroker
[ ] Partnership       [ ] Railroad
[ ] Corporation       [ ] Health Care Business
[ ] Clearing Bank     [ ] Commodity Broker
[ ] Other: _____

BRIEFLY DESCRIBE NATURE OF BUSINESS    real estate development

| VENUE | FILING FEE (Check one box) |
|---|---|
| [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. [ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | [X] Full Filing Fee attached [ ] Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS (Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b). 2. [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code. 3.a. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount; or b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Name of Debtor  Douglas A. Brown

OFFICIAL FORM 5 - Page 2  
Involuntary Petition  
(10/05)

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____  
Signature of Petitioner or Representative (State title)  
5803 Richmond, Ltd., a Texas Limited Partnership (1)  
Name of Petitioner         Date Signed  

Name & Mailing Address of Individual Signing in Representative Capacity  
David Greenberg, President  
5959 Richmond, Suite 440  
Houston, TX  77057  

X  Ronald. Q. Sommers /WP J. Haluptzok  
Signature of Attorney           Date 9-20-07  
(1) Ronald J. Sommers  
Name of Attorney Firm (If any)  
Address  2800 Post Oak Blvd., 61st Floor  
Houston, TX  77056  
713-960-0303  
Telephone No.

X _____  
Signature of Petitioner or Representative (State title)  
6353 Interests, Ltd., a Texas Limited Partnership (2)  
Name of Petitioner         Date Signed  

Name & Mailing Address of Individual Signing in Representative Capacity  
David Greenberg, President  
5959 Richmond, Suite 440  
Houston, TX  77057  

X  Ronald. Q. Sommers /WP J. Haluptzok  
Signature of Attorney           Date 9-20-07  
(2) Ronald J. Sommers  
Name of Attorney Firm (If any)  
Address  2800 Post Oak Blvd., 61 st floor  
Houston, TX  77056  
713-960-0303  
Telephone No.

X _____  
Signature of Petitioner or Representative (State title)  
6409 Interests, Ltd. dba 802 Interests, Ltd. (3)  
Name of Petitioner         Date Signed  

Name & Mailing Address of Individual Signing in Representative Capacity  
David Greenberg, President  
5959 Richmond, Suite 440  
Houston, TX  77057  

X  Ronald Q. Sommers /WP J. Haluptzok  
Signature of Attorney           Date 9-20-07  
Ronald J. Sommers  
Name of Attorney Firm (If any)  
Address  2800 Post Oak Blvd., 61st Floor  
Houston, TX  77056  
713-960-0303  
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| 5803 Richmond, Ltd.<br>5959 Richmond, Suite 440, Houston, TX  77057 | Judgment | $2,502,000 (4) |
| 6353 Interests, Ltd.<br>5959 Richmond, Suite 440, Houston, TX  77057 | Breach of Contract | $200,000 |
| 6409 Interests, Ltd.<br>5959 Richmond, Suite 440, Houston, TX  77057 | Breach of Contract | $9,405 (5) |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$2,711,405 |

_____ continuation sheets attached