

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| DOUGLAS A. BROWN | § § | CASE NO. 07-36422 (Chapter 11) |
| DEBTOR | § § | |

### CONSENT TO ORDER FOR RELIEF UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES BANKRUPTCY CODE

PLEASE TAKE NOTICE THAT JULIET HOMES, LP., the Debtor herein, and that the Debtor consents that an order for relief be entered herein under Chapter 11 of Title 11, United States Bankruptcy Code, without further notice.

Dated:   October 31, 2007.

_____
UNITED STATES BANKRUPTCY JUDGE
MARVIN ISGUR

AGREED TO AND APPROVED:
J. CRAIG COWGILL & ASSOCIATES, P.C.

By: _____
J. Craig Cowgill
Texas State Bar 04929000
2211 Norfolk, Suite 1190
Houston, TX. 77098
713/956-0254 (telephone)
713/956-6284 (fax)
Attorneys for Juliet Homes, LP
jccowgill@cowgillholmes.com
cmoore@cowgillholmes.com

_____
DOUGLAS A. BROWN

_____
Douglas A. Brown