IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 07-36422 |
| DOUGLAS A. BROWN | § | |
| | § | CHAPTER 7 |
| DEBTOR(S) | § | |

## WAIVER OF RIGHT TO DISCHARGE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Douglas A. Brown, the Debtor in the above entitled case, and hereby waives the discharge as provided in Section 727(a)(10) of Title 11, United States Bankruptcy Code.

WHEREFORE, PREMISES CONSIDERED, Douglas A. Brown, the Debtor, prays that the Court approve the waiver of the discharge as provided in Section 727(a)(10 of Title 11 of the United States Bankruptcy Code.

Respectfully submitted,

_____
Douglas a. Brown, Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 07-36422 |
| DOUGLAS A. BROWN | § | |
| | § | CHAPTER 7 |
| DEBTOR(S) | § | |

## ORDER ON WAIVER OF RIGHT TO DISCHARGE

**CAME ON FOR CONSIDERATION**, the Waiver of Right of Discharge filed by Douglas A. Brown, the Debtor in the above entitled case, and it appearing that the Debtor having executed and filed with the Court on _____ a written waiver of his discharge as provided in Section 727(a)(10) of Title 11, United States Bankruptcy Code, it is

**ORDERED, ADJUDGED AND DECREED**, that the waiver of discharge, dated _____, be and the same hereby is approved, and it is further

**ORDERED, ADJUDGED AND DECREED**, that the discharge of Douglas A. Brown, the Debtor herein, be, and the same is, hereby denied.

**SIGNED** this _____ day of _____ 2008.

_____
**UNITED STATES BANKRUPTCY JUDGE**