IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/25/2009

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 07-36422 |
| DOUGLAS A. BROWN | § § | CHAPTER 7 |
| DEBTOR(S) | § | |

## ORDER ON WAIVER OF RIGHT TO DISCHARGE

CAME ON FOR CONSIDERATION, the Waiver of Right of Discharge filed by Douglas A. Brown the Debtor in the above entitled case, and it appearing that the Debtor having executed and filed with the Court on 1/14/09 a written waiver of his discharge as provided in Section 727(a)(10) of Title 11, United States Bankruptcy Code, it is

ORDERED, ADJUDGED AND DECREED, that the waiver of discharge, dated 1/14/09, be and the same hereby is approved, and it is further

ORDERED, ADJUDGED AND DECREED, that the discharge of Douglas A. Brown, the Debtor herein, be, and the same is, hereby denied.

SIGNED this 25 day of February 2019.

_____
UNITED STATES BANKRUPTCY JUDGE