UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:

| | | |
|---|---|---|
| JANE MEINEN, ALAN K. MEINEN, AND THE MEINEN FAMILY PARTNERSHIP | § § § § | Case No.: 07-36422 |
| vs. | § § § | |
| JULIET HOMES, Debtor | § § | |

## AGREED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MELANIE D. BRAGG, and files this her Motion for Substitution of Counsel in the above-styled and numbered cause, and in support thereof would show unto this honorable Court as follows:

I.

Melanie D. Bragg asks that she be allowed to withdraw as attorney of record in this action, and that the Claimants, Alan K. Meinen, Jane A. Meinen and The Meinen Family Partnership desire to represent themselves pro se henceforth.

II.

This Motion is not brought for the purposes of delay, and shall not be the basis for a motion for continuance in this action.

**WHEREFORE, PREMISES CONSIDERED,** MELANIE D. BRAGG prays and requests that this Court enter an order allowing Melanie D. Bragg to withdraw and Alan K. Meinen, Jane A. Meinen and The Meinen Family Partnership to represent themselves pro se.

Respectfully Submitted,

*Melanie D. Bragg*
MELANIE D. BRAGG
BRAGG & ASSOCIATES
4801 Woodway, Suite 320W

Houston, Texas 77056
(713) 993-0300 (713) 993-0304 Fax
State Bar No. 02859200

**COUNSEL FOR MEINEN CREDITORS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was emailed/faxed, and/or mailed, certified mail, return receipt requested or via Federal Express to all COUNSEL of record.

SIGNED THIS _7th_ day of August, 2009.

*Melanie D. Bragg*
**Melanie D. Bragg**