United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 15, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

In re: Douglas A. Brown, Debtor.

§
§
§

Case No. 07-36422-H1-7
(Chapter 7)

---

DENIED. The Court has no funds in its registry that are held for the benefit of the claimant. The Court does hold three deposits totalling the amount claimed. But those funds are held for the entities on whose behalf they were deposited.

Signed: August 15, 2024

Marvin Isgur
United States Bankruptcy Judge

---

☐ pursuant to Bankruptcy Local Rule 3011-1(c) or 3011-1(d).)

☐ The Original Claimant, but mailed c/o _____
_____. (This option may be used only pursuant to Bankruptcy Local Rule 3011-1(e).)

☐ Payee: _____
Address: _____
_____
(This option may be used only (i) pursuant to Bankruptcy Rule 3011-1(f); or (ii) if Applicant is a representative of a deceased claimant's estate.)

SPACE BELOW RESERVED FOR JUDGE'S SIGNATURE